IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05cr311

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| STACY JOAN BOGAN | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant to adjust the restitution order because certain businesses are allegedly no longer in operation. (Doc. Nos. 19, 20).

Upon review of the motion, the Court finds that the defendant has failed to establish that there are not successors-in-interest that are owed restitution, even if the named entities are no longer operating as businesses.

**IT IS, THEREFORE, ORDERED** that the defendant's motion is **DENIED**.

Signed: July 8, 2010

Robert J. Conrad, Jr.
Chief United States District Judge